IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA F. JOHNSON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 5:11-1598 |
| | : | |
| **LANCASTER-LEBANON INTERMEDIATE UNIT 13,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 4th day of December, 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 23), and the response and reply thereto, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**